

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*St. Paul Field Division*

---

30 East 7th Street, Room 1900
St. Paul, MN 55101
www.atf.gov

January 18, 2023

Mr. William Delmore
Delmore Law Firm
909 Basin Avenue, Suite 4
Bismarck, ND 58504-6648

Dear Mr. Delmore:

On January 6 and 7, 2023, Bismanguns, LLC and Bret Ruff received Notices of Revocation for three Federal Firearms licenses (FFL#s 3-45-015-01-3K-01370, 3-45-015-06-3K-01371 and 3-45-043-01-5B-00988). You indicated by e-mail dated, January 12, 2023, that you represent the licenses and that your clients intend to file a petition for judicial review of the decisions to revoke.

You have requested a "stay" of the effective date of revocations based on your representation that a petition for judicial review will be filed with the United States District Court. I authorize continued operations and stay the revocations for Bismanguns, LLC and Bret Ruff during the time-period allowed to file a petition(s), to wit 60-days from the date notice was given. Throughout the pendency of the stay of revocation, the licensees must abide by all rules and regulations under the Gun Control Act including granting ATF access to inspect required records and firearms inventory pursuant to its regular inspection authority under 27 CFR § 478.23.

Please refer to 18 U.S.C. § 923(f)(3) for additional information regarding filing a petition for judicial review. Further requests for stays throughout the pendency of the litigation should be filed with the court reviewing the matter.

Should you have any questions or concerns, please contact Division Counsel, Theresa Hummel at theresa.hummel@atf.gov.

Sincerely yours,

Digitally signed by HANS HUMMEL
Date: 2023.01.18 15:59:11 -06'00'

Hans C. Hummel
Director, Industry Operations

Cc:  Federal Firearms Licensing Center

*Exhibit 3*
*Ruff v ATF*