IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
Motion for Expedited Stay of Revocation - Brett Ruff.docx

| | | |
|---|---|---|
| Brett Ruff and Bismanguns, LLC<br>2471 39th St SE<br>Steele, ND  58482 | ) ) ) ) | |
| Plaintiff | ) ) | MOTION FOR EXPEDITED<br>STAY OF REVOCATION OF |
| vs. | ) ) | THREE FEDERAL FIREARMS<br>LICENSES |
| Director, Industry Operations,<br>U.S. Department of Justice, Bureau of<br>Alcohol, Tobacco, Firearms and<br>Explosives, St. Paul Field Division,<br>30 East 7th Street, Room 1900,<br>St. Paul, MN  55101 | ) ) ) ) ) ) ) | Civil Action No.  1:23-cv-00033 |
| Defendant | ) | |

Brett Ruff and Bismanguns, LLC, by their attorney William J. Delmore of Delmore Law Firm, ask this Court for an expedited order to stay all revocation proceedings on these three federal firearms license in the above entitled case and appeal to the Court to allow the Plaintiffs to continue operations during the review process.

In concert with paragraph 3 of 18 U.S.C. § 923(f), Bismanguns, LLC and Bret Ruff, have sought a "de novo judicial review" before the United States District Court.

## I. INTRODUCTION AND FACTUAL OVERVIEW

Bismanguns, LLC (Licensee) holds two federal firearms licenses and Bret Ruff, sole proprietor (Licensee) holds one federal firearms license issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).   Notice of Revocations of Federal Firearms licenses were received on January 6 and 7, 2023 by Bismanguns, LLC and Bret Ruff.   The three Federal

1

Firearms licenses are as follows:  FFL#s 3-45-015-01-3K-01379, 3-45-015-06-3K-01371, and 3-45-043-01-5B-00988.

On January 18, 2023, the Director, Industry Operations (DOI), Bureau of Alcohol, Tobacco, Firearms and Explosives, St. Paul Field Division, authorized continued operations and stay of the revocation for Bismanguns, LLC and Bret Ruff during the time-period allowed to file a petition(s) for de novo review, to wit 60 days from the date notice was given.  Risk to public safety is a consideration by the DOI when granting such authorization.

On February 3, 2022, Notice of Revocations of two licenses was issued by Hans C. Hummel, Director, Industry Operations, U.S. Department of Justice, ATF to Bismanguns, LLC. On February 3, 2022, Notice of Revocation of one license was issued by Hans C. Hummel, Director, Industry Operations, U.S. Department of Justice, ATF to Brett Ruff.

Further history is available in Exhibit P1: March 14, 2023 letter from Hans C. Hummel, Director, Industry Operations, U.S. Department of Justice, ATF regarding Brett Ruff.

## II. ARGUMENT

The temporary stay is to allow the Plaintiffs to continue in their long-running businesses and to allow time for the de novo judicial review action to be completed.   The temporary stay may impose a slight burden on Defendant who, like all Defendants seek expeditious resolution, but it is unlikely to be unduly burdensome. The stay ensures fairness to all parties, promotes judicial economy, and serves the interest of justice.

Perhaps the most compelling reason to grant the stay is that the livelihood of two families depends on the income from the responsible and judicious sale of guns.  These families have been license holders for about ten years.  ATF has been involved during that time only to request

that a LLC be used for the gun sales and the Plaintiffs  promptly complied.  The relationship has been amicable, cooperative, and as compliant as is humanly possible.

### III. LEGAL STANDARD

Courts have discretion in determining whether to grant a motion to stay. *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). As the Supreme Court recognized, "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Id.*

### IV. CONCLUSION

For the reasons stated above, all of which establish good cause for the relief sought, the Plaintiff s respectfully request that the Court grant its motion for an expedited order to stay all revocation proceedings on these three federal firearms licenses in the above entitled case and that the Court enter an order to allow Plaintiffs to continue operations during the review process pending the completion of the de novo judicial review.

Dated this 29th day of March, 2023.

Respectfully submitted,

/s/  *William J. Delmore*
WILLIAM J. DELMORE (Bar #03212)
DELMORE LAW FIRM
Attorney for Plaintiff
909 Basin Ave., Suite 4
Bismarck, ND 58504-6648
Telephone: (701) 220-3776
Fax: (701) 255-2077
Email: bill@delmorelawfirm.com

3