

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*St. Paul Field Division*

30 East 7ᵗʰ Street, Room 1900
St. Paul, MN 55101
www.atf.gov

March 14, 2023

Mr. William Delmore
Delmore Law Firm
909 Basin Avenue, Suite 4
Bismarck, ND 58504-6648

Dear Mr. Delmore:

On January 6 and 7, 2023, Bismanguns, LLC and Bret Ruff received Notices of Revocation for three Federal Firearms licenses (FFL#s 3-45-015-01-3K-01370, 3-45-015-06-3K-01371 and 3-45-043-01-5B-00988). You, as their legal representative, requested a "stay" of the effective date of revocations based on your representation that a petition for judicial review would be filed with the United States District Court. By letter dated January 18, 2023, ATF authorized continued operations and stayed the revocations for 60-days from the date notice was given. You were advised that further requests for stays throughout the pendency of the litigation should be filed with the court reviewing the matter. No additional "stay" of revocation has been granted by the United States District Court.

The Notice of Revocation for FFL#s 3-45-015-01-3K-01370 and 3-45-015-06-3K-01371 was received January 6, 2023, making the **effective date of revocation March 7, 2023**. The Notice of Revocation for FFL# 3-45-043-01-5B-00988 was received January 7, 2023, making the **effective date of revocation March 8, 2023**.

The Gun Control Act, 18 U.S.C. 923(g)(4), requires certain firearms business records to be delivered to ATF within 30 days following the discontinuance of the licensed business. The deadline to provide these records, including the Acquisition and Disposition Records, Forms 4473 and any multiple sale forms is April 6, 2023 for FFL#s 3-45-015-01-3K-01370 and 3-45-015-06-3K-01371 and April 7, 2023 for FFL# 3-45-043-01-5B-00988. You are required to provide these records to a local ATF office, or they can be sent to:

> ATF National Tracing Center
> Out-of-Business Records Center
> 244 Needy Road
> Martinsburg, West Virginia  25405

Exhibit P1
1:23-CV-00033

2

Mr. William Delmore
Delmore Law Firm

Should you have any questions or concerns about status of the Federal firearms licenses, please contact Division Counsel, Theresa Hummel at theresa.hummel@atf.gov.

Sincerely yours,

Digitally signed by HANS
HUMMEL
Date: 2023.03.14 07:58:23 -05'00'

Hans C. Hummel
Director, Industry Operations

Cc:   Federal Firearms Licensing Center