IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Brett Ruff and Bismanguns, LLC<br>2471 39th St SE<br>Steele, ND  58482 | )<br>)<br>)<br>) | |
| Plaintiff | )<br>) | PETITION FOR DE NOVO<br>JUDICIAL REVIEW |
| vs. | )<br>) | |
| Director, Industry Operations,<br>U.S. Department of Justice, Bureau of<br>Alcohol, Tobacco, Firearms and<br>Explosives, St. Paul Field Division,<br>30 East 7th Street, Room 1900,<br>St. Paul, MN  55101 | )<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  1:23-cv-00033 |
| Defendant | )<br>) | |

[¶1]    In concert with paragraph 3 of 18 U.S.C. § 923(f), and through their attorney William J. Delmore of Delmore Law Firm, Bismanguns, LLC and Bret Ruff, hereby seek a "de novo judicial review" before the United States District Court.

[¶2]    Bismanguns, LLC (Licensee) holds two federal firearms licenses and Bret Ruff, sole proprietor (Licensee) holds one federal firearms license issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF).

[¶3]    Notice of Revocations of Federal Firearms licenses were received on January 6 and 7, 2023 by Bismanguns, LLC and Bret Ruff.   The three Federal Firearms licenses are as follows: FFL#s 3-45-015-01-3K-01379, 3-45-015-06-3K-01371, and 3-45-043-01-5B-00988.

[¶4]    On January 18, 2023, the Director, Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives, St. Paul Field Division, authorized continued operations and stay of the revocation for Bismanguns, LLC and Bret Ruff  during the time-period allowed to file a petition(s) for de novo review, to wit 60 days from the date notice was given.  (Exhibit  P1

1

March 14, 2023 letter from Hans C. Hummel, Director, Industry Operations, U.S. Department of Justice, ATF regarding Brett Ruff)

[¶5]     On February 3, 2022, Notice of Revocations of two licenses was issued by Hans C. Hummel, Director, Industry Operations, U.S. Department of Justice, ATF to Bismanguns, LLC.

[¶6]     On February 3, 2022, Notice of Revocation of one license was issued by Hans C. Hummel, Director, Industry Operations, U.S. Department of Justice, ATF to Brett Ruff.

[¶7]     Based on the above, a "de novo judicial review" is requested before the United States District Court.

Dated this 28th day of March, 2023.

Respectfully submitted,

/s/  *William J. Delmore*
WILLIAM J. DELMORE (Bar #03212)
DELMORE LAW FIRM
Attorney Plaintiff
909 Basin Ave., Suite 4
Bismarck, ND 58504-6648
Telephone: (701) 220-3776
Fax: (701) 255-2077
Email: bill@delmorelawfirm.com

2